USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
United States of America, :
:
-v- : 18-cr-484 (AJN)
:
Corey Samerson, : ORDER
:
                Defendant. :
:
---------------------------------------------------------------------- X

ALISON J. NATHAN, United States District Judge:

       The Court is in receipt of the Defendant's *pro se* motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 49. By no later than December 30, 2020, defense counsel shall indicate to the Court whether they intend to continue their representation of the Defendant and whether they wish to supplement the Defendant's motion. If so, they shall confer with the Government to propose a briefing schedule.

       SO ORDERED.

Dated: December 23, 2020
       New York, New York

                                                           _____
                                                               ALISON J. NATHAN
                                                          United States District Judge