# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, N
Tel: (212) 417-8700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/5/21___

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 30, 2020

**Via ECF**
The Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Corey Samerson**
      18 Cr. 484 (AJN)

Dear Judge Nathan,

I write pursuant to the Court's Order dated December 23, 2020, directing me to indicate to the Court no later than today's date whether I intend to continue my representation of Mr. Samerson and whether I wish to supplement his *pro se* motion for compassionate release. I have reached out to Mr. Samerson via email to obtain his position on the Court's inquiries but to date have not received an answer. Therefore, I respectfully request that the Court extend the deadline for response to the Order by one week.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Office: 212-417-8728
Cell: 917-612-3274

cc:   AUSA Jonathan Bodansky

1/5/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Defense counsel shall respond to the Court's December 23, 2020 Order by January 8, 2021. SO ORDERED.