**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 7, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/21

**Via ECF**
The Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Corey Samerson**
18 Cr. 484 (AJN)

Dear Judge Nathan,

    I write pursuant to the Court's Order dated December 23, 2020, to inform the Court that I intend to continue my representation of Mr. Samerson and plan to file a supplement to Mr. Samerson's *pro se* motion for compassionate release. I have conferred with the Government and propose the following briefing schedule:

- Defense supplemental motion by January 19, 2021
- Government response by January 26, 2021.

SO ORDERED.

1/8/21

/s/ Alison J. Nathan
ALISON J. NATHAN
United States District Judge

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Office: 212-417-8728
Cell: 917-612-3274

cc: AUSA Jonathan Bodansky