Case 1:18-cr-00484-AJN   Document 59   Filed 02/03/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Corey Samerson,

           Defendant.

18-cr-484 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of Mr. Samerson's release from custody after serving his custodial sentence, the Court hereby DENIES as moot his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). *See United States v. Chestnut*, 989 F.3d 222, 225 (2d Cir. 2021) (dismissing as moot an appeal of a § 3582(c)(1)(A) motion because the defendant had been released).

    This resolves docket numbers 49 and 56.

SO ORDERED.

Dated: February 3, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge